**Order entered January 11, 2023**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00550-CR

**RICKY LEE STEVENSON, II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81736-2022**

### ORDER

Appellant's brief is overdue. Appellant's brief was due December 16, 2022. On December 21, 2022, we notified appellant's counsel by postcard that the brief was overdue and directed that appellant's brief and a motion for extension be filed by December 31, 2022. The brief and motion have not yet been filed. We **ORDER** appellant's brief and a motion for extension of time to file the brief be filed no later than **FEBRUARY 10, 2023**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE